# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.
Jose Maria Hernandez Bautista

*Defendant(s)*

Case No. 1:26-MJ-05

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 30, 2024 in the city/county of Arlington in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 USC § 1326(a) | Illegal Reentry After Removal |
| 18 USC § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA Nicholas Bolzman

*Printed name and title*

Jason E Fulton

*Complainant's signature*

Jason Fulton; Special Agent: I.C.E

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date:

Digitally signed by Ivan Davis
Date: 2026.01.06 14:34:28 -05'00'

*Judge's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge

*Printed name and title*