IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

JOSE MARIA HERNANDEZ BAUTISTA,

Defendant.

Case No. 1:26-mj-05

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jason Fulton, being duly sworn, depose and state:

1.      I am a Special Agent with Homeland Security Investigations ("HSI") within United States Immigration and Customs Enforcement ("ICE"), Department of Homeland Security ("DHS"), assigned to the Special Agent in Charge, District of Columbia Office in Reston, Virginia. I have been a Special Agent for ICE/HSI and the predecessor, the United States Customs Service, since October 2001. My duties include investigating violations of Immigration and Customs laws.

2.      I have received training in general law enforcement, including training in Title 8 of the United States Code. Among other training programs, I have successfully completed (1) the Criminal Investigator Training Program, (2) Customs Basic Enforcement School, (3) the Identity and Benefit Fraud Training Program Agent Training Program, and (4) the Worksite Enforcement Program, all at the Federal Law Enforcement Training Center in Glynn County, Georgia. I have also successfully completed the ICE Forensic Laboratory, Document Instructor Training Course in McLean, Virginia.

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging that in or about June, 2025, in Prince William County, Virginia, within the Eastern

1

District of Virginia, JOSE MARIA HERNANDEZ BAUTISTA, has unlawfully reentered the United States after being removed therefrom, in violation of Title 8, United States Code, Section 1326(a) and engaged in Aggravated Identity Theft in violation of Title 18, United States Code, § 1028(A).

4.      The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause and is not intended to include every fact and matter observed by me or known to the United States.

SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5.      In or about March 2025, I was contacted by Assistant Special Agent in Charge (ASAC) Stephanie Jones of the Virginia Department of Motor Vehicles ("DMV") Law Enforcement Division. ASAC Jones requested assistance in a case in which a victim, referred herein as J.D.R., stated that his driver's license in Delaware had been cancelled. J.D.R. filed a complaint indicating that the state of Delaware had cancelled his driver's license due to discovering that a Virginia driver's license had been issued in his identity. The victim provided multiple documents to prove his identity. J.D.R. is a United States citizen based on his birth in Chicago, Illinois. J.D.R. is a resident of Delaware who stated that he has resided in Delaware for the past several years.

6.      ASAC Jones conducted a search of Virginia DMV databases and determined that a Virginia driver's license with a number ending in the last four digits of -6083 had been issued and renewed multiple times using the identity of J.D.R. The Virginia driver's licenses were issued based on four Virginia driver's license applications that were filed on or about March 30, 2024,

June 30, 2018, January 3, 2017, and March 16, 2016. These applications reflect that the applicant resided in Manassas, Virginia. Three of the applications reflect the applicant's phone number as a number ending in -4109. Four different photographs are associated with the issuances of the driver's license. These four photographs of the applicant appear to all depict the same individual. However, none of the photographs depict J.D.R. despite containing his name and date of birth.

7.    As discussed above, the most recent Virginia driver's license was issued on or about March 30, 2024. This application was submitted at the Arlington Metro DMV at Virginia Square service center, located at 3434 North Washington Blvd, Suite RET01, Arlington, VA, which is in the Eastern District of Virginia. The address listed on the application for this driver's license is XXXXX[1] Lomond Drive, Manassas, VA (hereinafter the "Lomond Drive" address), which is in Prince William County, Virginia, within the Eastern District of Virginia. The email address listed on this application is chemaXXXX@gmail.com. "Chema" is a nickname for the name Jose Maria. The four Virginia DMV photographs and the dates they were taken, as well as the address used on the respective applications, are as follows:



| 5/16/2016 | 1/3/2017 | 6/30/2018 | 3/30/2024 |
|---|---|---|---|
| XXXXX Lomond Drive, Manassas, VA (the Lomond Drive address) | XXXXX Bemer Way # XXX, Manassas, VA | XXXXX Lomond Drive, Manassas, VA (the Lomond Drive address) | XXXXX Lomond Drive, Manassas, VA (the Lomond Drive address) |

---

[1] Address numbers, license plate numbers, and numbers in the email account are redacted with an "X" to protect the integrity of the ongoing investigation and respect the privacy of the individuals who may still reside at the addresses listed herein.

8.      In addition to obtaining Virginia driver's licenses using the J.D.R. identity, ASAC Jones learned that the individual who stole J.D.R.'s identity also used that identity and the Virginia driver's license ending in -6083 to purchase and finance a vehicle on or about August 23, 2019, at Purvis Ford in Fredericksburg, Virginia. This is within the Eastern District of Virginia. The vehicle, a grey Ford Escape, was purchased for $22,611.45 at an annual percentage rate of 20.20%. The purchase documents related to this vehicle sale reflect the name of the victim, the driver's license number ending in -6083, the phone number ending in -4109, and the Lomond Drive address. The vehicle was subsequently registered with Virginia DMV using the J.D.R. identity and was assigned a license plate number.

9.      In furtherance of the investigation, I conducted additional database searches and was able to establish that the J.D.R. imposter had also used the victim's identity to obtain driver's licenses in Alabama in 2013 and North Carolina in 2015. Photographs from those drivers' licenses, obtained from the respective state records, as well as the address used in each application and partly-redacted driver's license number, are shown below:



| Alabama (5/2/2013) | North Carolina (11/10/2015) |
|---|---|
| XXX County Road XXX, Maplesville, AL (the Maplesville address) | XXXX Manzanita Dr., Charlotte, NC (the Manzanita Dr. address) |
| No. XXX0615 | No. XXXXXXXX9014 |

4

10.     Additionally, Social Security Administration records show that in March of 2013, an individual using the J.D.R. identity requested and obtained a replacement Social Security Card with J.D.R.'s number on it in Selma, Alabama, using a North Carolina driver's license number ending 9014. Then, in October of 2015, the Alabama driver's license ending in -0615 was used to request another J.D.R. replacement card in Charlotte, North Carolina and provided an address of XXXX Manzanita Drive, Charlotte, North Carolina. And in January of 2025, the J.D.R. imposter obtained yet another J.D.R. replacement Social Security card, this time in Glen Burnie, Maryland, using the Virginia drivers' license -6083 and reporting an address of X Church St. Brooklyn, Maryland (the Brooklyn address).

### U. S. Passport Records

11.     In or about March of 2025, I conducted a search in U.S. passport application records. I discovered that a U.S. passport had been issued in the identity of J.D.R but with the J.D.R. imposter's photograph. This application for this passport bears a stamp showing that it was received by an Acceptance Agent of the United States Postal Service in Manassas, Virginia, on April 14, 2016. Manassas, Virginia, is within the Eastern District of Virginia. The photograph accompanying this passport application appears to be of the same individual who subsequently obtained Virgina drivers' license -6083 using the J.D.R. identity. The applicant claimed U.S. citizenship by virtue of being born in Illinois. The applicant provided an address of XXXX Manzanita Drive, Charlotte, North Carolina (the Manzanita Dr. address), which is the same address the J.D.R. imposter previously used to obtain a North Carolina driver's license and replacement Social Security Card, both in the J.D.R. identity. It lists the applicant's phone number as ending in -4109. The application further lists the applicant's emergency contact as residing at the Lomond Drive address, which is the same address the J.D.R imposter subsequently used in multiple Virginia

driver's license applications. A copy of the North Carolina driver's license -9014 was submitted with the application. The photograph from this passport application is reproduced below:



U.S. Passport (4/14/2016)

**Identification of Jose HERNANDEZ BAUTISTA as the Imposter of J.D.R.**

**Customs and Border Protection Records**

12.     In or around March of 2025, I requested assistance from Custom and Border Protection (CBP) Officer Antonio Barone for the identification of the J.D.R. imposter. I provided Officer Barone with a photograph of the suspect from the Virgina DMV and details of my investigation up to that point. Officer Barone agreed to assist and provided records from CBP.

13.     On or about March 21, 2025, Officer Barone provided Bill of Lading records. The records show that two shipments were sent by the J.D.R. imposter from the Lomond Drive address, addressed to someone with the name of J. BAUTISTA OREA in Mexico.

14.     Officer Barone also sent border crossing information which reflects that J. BAUTISTA OREA (YOB: 1953) is a citizen of Mexico who is a B2 nonimmigrant visa holder. Visa records show that J. BAUTISTA OREA is the mother of three children and is likely a resident of the Mexican state of Veracruz.

15.     I also conducted a search of commercial databases on the Manzanita Drive address used by the J.D.R. imposter on the U.S. passport application and found the name Jose Maria HERNANDEZ BAUTISTA linked to this address.

**Immigration Records**

16.    Based on all this information, I conducted a search of DHS databases for Jose Maria HERNANDEZ BAUTISTA and found an exact name match to an alien with three prior removals. I then reviewed HERNANDEZ' alien file (A-File), which shows that he is a native and citizen of Mexico and contains three DHS I-205s, Warrants of Removal/Deportation, which reflect that HERNANDEZ BAUTISTA was removed from the United States on or about May 24, 2007 from Laredo, Texas, on May 19, 2011, from Hildalgo, Texas, and on June 29, 2011 from Laredo, Texas. The A-File also contained multiple photographs of HERNANDEZ BAUTISTA.

17.    HERNANDEZ BAUTISTA'S A-File shows that he came to DHS' attention in 2007 after his arrest in North Carolina for providing fictitious information to a law enforcement officer. Documents from the encounter at that time show that his address was recorded as XXXX Manzanita Dr., Charlotte, North Carolina, which is one digit different from the XXXX Manzanita Dr. address used by the J.D.R. imposter to obtain a replacement Social Security card and a North Carolina driver's license in 2015 and to apply for a U.S. passport in 2016. His A-File also reflects that in 2007 he claimed his mother's last name was BAUTISTA OREA, which is the same last name as the recipient of packages mailed to Mexico by the J.D.R. impostor. His A File further reflects that when encountered again in 2011, he stated his mother lived in Veracruz, Mexico, but this time provided a different first name for her. This different first name provided in 2011 matches the one that the J.D.R. imposter shipped packages to.

18.    I have reviewed the DHS booking photographs associated with the above removals and I have compared them to the photographs of the J.D.R. imposter. Based on my comparisons, I believe they are of the same person. The various photographs compared appear below.

**DHS Booking Photographs of Jose Maria HERNANDEZ BAUTISTA**



| 4/17/2007 | 5/19/2011 | 5/21/2011 |

**Alabama Driver's License, North Carolina Driver's License and U.S. Passport Photographs of the J.D.R. Imposter**



| Alabama (5/2/2013) | North Carolina (11/10/2015) | U.S. Passport (4/14/2016) |

**Virginia Driver's License Photographs of the J.D.R. Imposter**



| 5/16/2016 | 1/3/2017 | 6/30/2018 | 3/30/2024 |

8

19.     I have further reviewed the alien file and DHS databases and determined that HERNANDEZ BAUTISTA has not requested or obtained the express consent from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

CONCLUSION

20.     Based on the foregoing, I submit there is probable cause to believe that, within the Eastern District of Virginia, Jose Maria HERNANDEZ BAUTISTA, an alien who was removed from the United States, on or about May 24, 2007, May 19, 2011, and June 29, 2011, has reentered the United States without having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, § 1326(a) and engaged in Aggravated Identity Theft in violation of Title 18, United States Code, § 1028A.

Respectfully submitted,

*Jason E. Fulton*

Jason E. Fulton
Special Agent
Homeland Security Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone on January 6, 2026.

Digitally signed by Ivan Davis
Date: 2026.01.06 14:36:54 -05'00'

The Honorable Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia

9