FILED
IN OPEN COURT
FEB 10 2026
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE MARIA HERNANDEZ BAUTISTA,<br><br>Defendant. | Case No. 1:26-CR-27<br><br>Count 1: 8 U.S.C. § 1326(a), (b)(1)<br>*(Illegal Reentry after Removal)*<br><br>Count 2: 18 U.S.C. § 1542<br>*(False Statement in Application for Passport)*<br><br>Count 3: 18 U.S.C. § 911<br>*(False Claim to Citizenship)*<br><br>Count 4: 18 U.S.C. § 1028A<br>*(Aggravated Identity Theft)* |

**INDICTMENT**

February 2026 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE
*(Illegal Reentry after Removal)*

On or about January 14, 2026, the defendant, JOSE MARIA HERNANDEZ BAUTISTA, an alien, was found in the United States after having been removed and deported therefrom on at least three occasions—on or about May 24, 2007, at or near Columbus, Georgia; on or about May 20, 2011, at or near Hidalgo, Texas; and on or about June 29, 2011, at or near Laredo, Texas. Prior to the defendant's first removal from the United States, he was convicted of a felony offense in North Carolina on or about April 10, 2007. After his June 2011 removal, the defendant re-entered the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security

to reapply for admission to the United States. After his re-entry, the defendant was present in the Eastern District of Virginia, among other places.

(In violation of Title 8, United States Code, Section 1326(a) and (b)(1).)

COUNT TWO
*(False Statement in Application for Passport)*

On or about April 14, 2016, in the Eastern District of Virginia, the defendant, JOSE MARIA HERNANDEZ BAUTISTA, an alien, willfully and knowingly made false statements in an application for a United States passport, with the intent to induce and secure the issuance of a United States passport for his own use—to wit, the defendant represented himself to have a different name and claimed to be a citizen of the United States by virtue of birth in the United States.

(In violation of Title 18, United States Code, Section 1542.)

<u>COUNT THREE</u>
*(False Claim to Citizenship)*

On or about March 30, 2024, in the Eastern District of Virginia, the defendant, JOSE MARIA HERNANDEZ BAUTISTA, an alien, falsely and willfully represented himself to be a citizen of the United States—to wit, the defendant completed and submitted an application for a driver's license in which he falsely claimed to be a citizen of the United States.

(In violation of Title 18, United States Code, Section 911.)

COUNT FOUR
*(Aggravated Identity Theft)*

On or about March 30, 2024, in the Eastern District of Virginia, the defendant, JOSE MARIA HERNANDEZ BAUTISTA, did knowingly possess and use, without lawful authority, a means of identification of another person—to wit, the name and Social Security Account Number of another person—during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)—to wit, a violation of 18 U.S.C. § 911 (relating to false personation of citizenship).

(In violation of Title 18, United States Code, Section 1028A.)

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

TODD W. BLANCHE
Deputy Attorney General

By: [signature]
Nicholas J. Bolzman
Special Assistant United States Attorney
Jordan Harvey
Assistant United States Attorney