IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

FILED
IN OPEN COURT

MAR 18 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| JOSE MARIA HERNANDEZ BAUTISTA, | Case No. 1:26-CR-27 |
| Defendant. | |

## STATEMENT OF FACTS

The United States and the defendant, Jose Maria Hernandez Bautista, agree that the allegations in Counts 2 and 4 of the Indictment and the following facts are true and accurate, and that, had this matter proceeded at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. Mr. Hernandez Bautista is a native and citizen of Mexico, is an "alien" for the purposes of 8 U.S.C. 1101(a)(3), and has no lawful status in the United States.

2. Mr. Hernandez Bautista has been previously removed from the United States on three occasions, on or about May 24, 2007, on or about May 20, 2011, and on or about June 29, 2011.

3. Following his most recent removal from the United States, and on an unknown date in or before March of 2013, Mr. Hernandez Bautista voluntarily and unlawfully re-entered the United States.

4. In or before March of 2013, Mr. Hernandez Bautista began using the means of identification of a real person—J.D.R.—without lawful authority, to impersonate J.D.R., and to obtain identification documents in the J.D.R. identity.

1

5. J.D.R. is a citizen of the United States.

6. On or about March 25, 2013, Mr. Hernandez Bautista, without lawful authority, used the means of identification of J.D.R. to obtain a replacement Social Security Card containing J.D.R.'s name and Social Security Number from the Social Security Administration.

7. On or about October 27, 2015, Mr. Hernandez Bautista, without lawful authority, used the means of identification of J.D.R. to obtain a replacement Social Security Card containing J.D.R.'s name and Social Security Number from the Social Security Administration.

8. On or about April 14, 2016, in Manassas, Virginia, which is within the Eastern District of Virginia, Mr. Hernandez Bautista, intending to obtain a United States passport for himself, possessed and used J.D.R.'s means of identification without lawful authority, including J.D.R.'s name, date of birth, and Social Security Number, to impersonate J.D.R. while falsely filling out and submitting an application for a United States passport. Mr. Hernandez Bautista attached a photograph of himself to this passport application. The United States Department of State subsequently issued a passport to Mr. Hernandez Bautista, and that passport contained the J.D.R. means of identification and Mr. Hernandez Bautista's photograph.

9. On or about May 16, 2016, January 3, 2017, June 30, 2018, and March 30, 2024, all within the Eastern District of Virginia, Mr. Hernandez Bautista possessed and used J.D.R.'s means of identification, without lawful authority, to impersonate J.D.R. and apply for and receive Virginia identification cards or drivers' licenses containing the J.D.R. means of identification and Mr. Hernandez Bautista's photograph. In the applications dated May 16, 2016, June 30, 2018, and March 30, 2024, Mr. Hernandez Bautista, while falsely claiming to be J.D.R., also falsely claimed to be a citizen of the United States. In the application dated May 16, 2016, Mr. Hernandez Bautista, using the J.D.R. name, registered to vote.

2

10. On or about January 15, 2025, Mr. Hernandez Bautista, without lawful authority, used the means of identification of J.D.R. to obtain a replacement Social Security Card containing J.D.R.'s name and Social Security Number from the Social Security Administration.

11. Mr. Hernandez Bautista's actions, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

12. This statement of the facts includes those facts necessary to support the defendant's plea. It does not include each and every fact known to the defendant or the United States and is not intended to be a full enumeration of all the facts surrounding the defendant's case.

Respectfully submitted,

TODD W. BLANCHE
Deputy Attorney General

Date: _March 18, 2026_

By: _____
Nicholas J. Bolzman
Special Assistant United States Attorney
Jordan Harvey
Assistant United States Attorney

I have read the above Statement of Facts and carefully reviewed every part of it with my attorney. After consulting with my attorney, I, JOSE MARIA HERNANDEZ BAUTISTA, hereby stipulate that the above Statement of Facts is true and accurate, and that, had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
JOSE MARIA HERNANDEZ BAUTISTA

I am Shannon Quill, the defendant's attorney. I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Shannon Quill
Attorney for JOSE MARIA HERNANDEZ BAUTISTA

4